IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA PAINTERS,<br><br>Plaintiff(s),<br><br>v.<br><br>JAMES BEALUM, et al.,<br><br>Defendant(s).<br>_____/ | No. C 04-0758 **MJJ**<br><br>**CLERK'S NOTICE TERMINATING PENDING MOTIONS** |

YOU ARE NOTIFIED THAT Docket No. 57, Motion for Writ of Execution, is deemed moot and terminated, in light of Document No. 58, Satisfaction of Judgment.

Dated: April 18, 2007

FOR THE COURT,

Richard W. Wieking, Clerk

By: /s/ Edward Butler
_____
Edward Butler
Courtroom Deputy